AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2012 NOV 30

13 AUG 12 PM 4:07

CLERK-ALBUQUERQUE

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JEREMIAH BURNS | ) | Case No.    12cr3016 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JEREMIAH BURNS
who is accused of an offense or violation based on the following document filed with the court:

x  Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153 and 1112:  Involuntary Manslaughter.

Date:    November 28, 2012

_____
Issuing officer's signature

City and state:    Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* __8/9/2013__ , and the person was arrested on *(date)* __8/12/2013__
at *(city and state)* _____

Date: __8/12/2013__

_____
Arresting officer's signature

Brian O'Sullivan - Special Agent
*Printed name and title*
FBI

AQ-44613