# ARRAIGNMENT / DETENTION MINUTE SHEET
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**
Albuquerque

| CR 12-3016 JB | UNITED STATES vs. Jeremiah Burns |
|---|---|

**Before The Honorable Karen B. Molzen, Chief, United States Magistrate Judge**

| Hearing Date: | August 13, 2013 | Total Time: | 8 mins. |
|---|---|---|---|
| AUSA: | Kyle Nayback | Liberty: | Cimarron @ 9:40-9:48 a.m. |
| Defense Counsel: | Margaret Katze, AFPD | Clerk: | D. Sanchez |
| Probation/PTS | S Avila-Toledo | Interpreter: | |
| Deft's Name: | Jeremiah Burns | YOB: | |

| | |
|---|---|
| X | Defendant sworn |
| X | Deft questioned re physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. |
| X | Deft received a copy of the Indictment |
| X | Deft questioned re time to consult with attorney regarding the penalties |
| X | Deft does not want Indictment read in open court |
| X | Deft waives reading of Indictment |
| X | Deft is ready to plead |
| X | Defendant enters plea of NOT GUILTY to all counts |
| X | Meet and Confer: 8/23/13 |
| X | Motions due by: 9/3/13 |
| X | Case assigned to: Browning |
| X | Trial set on trailing docket: TO BE NOTIFIED |
| X | Defendant remanded to custody of USMS |
| | Defendant released: 3rd Party Custodian / Halfway House / ROR |
| X | Discovery Order electronically filed |
| | First Appearance of Defendant |
| X | Other Matters: Deft requests release; Govt requests detention; Court resets Detention hearing for tomorrow 8/14/13 @ 9:30 a.m. so that Pretrial can obtain more information and verification; deft is remanded into custody pending further hearing |