9069169

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2012 NOV 30 AM 10: 13

13 AUG 15 PM 1:58

CLERK-ALBUQUERQUE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JEREMIAH BURNS | ) | Case No. 12cr3016 JB |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) JEREMIAH BURNS
who is accused of an offense or violation based on the following document filed with the court:

[x] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint

[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153 and 1112: Involuntary Manslaughter.

Date: November 28, 2012

_____
Issuing officer's signature

City and state: Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
Printed name and title

### Return

This warrant was received on (date) 8/9/2013, and the person was arrested on (date) 8/12/2013
at (city and state) _____

Date: 8/12/2013

_____
Arresting officer's signature

Brian O'Sullivan - Special Agent FBI
Printed name and title

AQ44613