CLERK'S MINUTES OF HEARING CIMARRON COURTROOM

HEARINGS BEFORE     KAREN B. MOLZEN, U. S. Magistrate Judge

KIND OF HEARING  **DETENTION**

DEFENDANTS:

JEREMIAH BURNS          CASE NO.  12-3016 JB      Clerk:  C. Lopez
                                                  DATE: August 16, 2013

NAMES AND TITLES OF OTHER PARTICIPANTS:

Joel Meyers   AUSA          Margaret Katze -AFPD


Sandra Avila-Toledo PTS/PROB     None Interpreter


| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
| --- | --- | --- | --- |

CIMARRON

9:40 am           Katze
9:45 am      end

(5mins)

HEARING RESULTS/FINDINGS:

**X**   Defendant sworn.

☐   Defendant waives Preliminary Hearing

☐   Defendant stipulates to detention at this time.

☐   Court finds probable cause.

☐   Defendant(s) in custody

**X**   Conditions of Release set at:  DEFENDANT  RELEASED TO LA PASADA WHEN SPACE BECOMES AVAILABLE

☐   Other