IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 0 3 2014

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 12-3016 JB |
| ) | |
| **JEREMIAH BURNS**, ) | |
| ) | |
| Defendant. ) | |

## CONSENT TO APPEAR BEFORE UNITED STATES
## MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense with which I am charged, and the maximum possible penalties that might be imposed if I plead guilty.

I have been informed of my right to the assistance of legal counsel and of my right to plead guilty or go to trial with judgment and sentencing before a United States District Judge.

**I HEREBY waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.**

_____
JEREMIAH BURNS
Defendant

_____
MARGARET KATZE
Attorney for Defendant

1-3-14
_____

Before:

Robert H. Scott
_____
UNITED STATES MAGISTRATE JUDGE