IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEREMIAH BURNS,

    Defendant.

CRIM. NO. 12-3016 JB
MAG. NO.

## ORDER

IT IS THEREFORE ORDERED that the conditions of release previously imposed are hereby reinstated; and that the Defendant JEREMIAH BURNS, be released and continue at La Pasada Halfway House pending Sentencing in this matter.

                                              *Robert H. Scott*
                                      ROBERT H. SCOTT
                                      UNITED STATES MAGISTRATE JUDGE

*[Handwritten note:]* Margaret Katze and Kyle Nayback concur with continued release of this defendant.

*Margaret Katze 1-3-14*

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 03 2014
MATTHEW J. DYKMAN
CLERK