# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 12-3016 JB | UNITED STATES vs. BURNS |
|---|---|

**Before The Honorable Robert H. Scott, United States Magistrate Judge**

| Hearing Date: | January 3, 2014 | Time In and Out: | 9:44 am -9:55 am/ 10:04 am -10:07 am | | |
|---|---|---|---|---|---|
| Clerk: | Carla Lopez | Digital Recording: | HONDO | | |
| Defendant: | Jeremiah Burns | Defendant's Counsel: | Margaret Katze | | |
| AUSA: | Sean Sullivan | Interpreter: | NONE | | Sworn |
| | | | | | Waived |

| | | | |
|---|---|---|---|
| X | Defendant Sworn | | First Appearance |
| X | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. | | |
| X | Deft acknowledges receipt of: **INDICTMENT** | | |
| | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. | | |
| X | Terms and conditions of proposed plea agreement explained. | | |
| X | Factual predicate to sustain the plea provided. | | |
| X | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. | | |
| X | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). | | |
| X | Deft questioned re time to consult with attorney and if satisfied with his or her representation. | | |
| X | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement. | | |
| X | Deft pleads GUILTY to: **INDICTMENT** | | |
| X | Allocution by Deft on elements of charge(s). | | |
| X | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. | | |
| X | Deft adjudged guilty. | | |
| X | Acceptance of plea agreement deferred until final disposition hearing by district judge. | | |
| X | Sentencing Date: to be notified | | |
| X | **Defendant to Remain in Custody** | | |
| X | **Presentence Report Ordered** | | **Expedited (Type III)** |
| X | **Other Matters:** Defendant initially remanded to custody; After Conferring with AUSA Nayback Defendant will be released back to La Pasada with all previous conditions imposed pending Sentencing in this matter. | | |

*Rev. May 22, 2012*