# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CR No: | 12-3016 SWS | | | USA vs.: | Burns | | |
| Date: | June 12, 2014 | | | Name of Deft: | Jeremiah Burns | | |
| Before the Honorable: | | Scott W. Skavdahl, Sitting by Designation from the District of Wyoming | | | | | |
| Time In/Out: | 9:58/10:19 | | | Total Time in Court (for JS10): | 21 minutes | | |
| Clerk: | Natalie Maestas | | | Court Reporter: | FTR - Gila | | |
| AUSA: | Kyle T. Nayback | | | Defendant's Counsel: | Margaret Katze | | |
| Sentencing in: | Albuquerque | | | Interpreter: | N/A | | |
| Probation Officer: | Kelly Borland | | | Sworn? | Yes | | No |
| Convicted on: | **X** | Plea | Verdict | As to: | Information | **X** | Indictment |
| If Plea: | **X** | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | | |
| If Plea Agreement: | **X** | Accepted | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | January 3, 2014 | | | PSR: | **X** | Not Disputed | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | Evidentiary Hearing: | **X** | Not Needed | Needed |
| Exceptions to PSR: | | | | | | | |

| **SENTENCE IMPOSED** | | Imprisonment (BOP): 20 months | | |
|---|---|---|---|---|
| Supervised Release: | 2 years | | Probation: | 500-Hour Drug Program |
| Court recommends ICE begin removal proceedings immediately or during service of sentence | | | | ICE not applicable |

## SEPCIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | | Home confinement for ____ months ____ days |
| | Comply with ICE laws and regulation | | **X** | Complete 20 hours of community service |
| **X** | Participate in/successfully complete substance abuse program/testing | | | Reside halfway house ____ months ____ days |
| | Attend educational/vocational training | | | Register as sex offender |
| **X** | Submit to search of person/property | | | Participate in sex offender treatment program |
| **X** | Refrain from use/possession of alcohol/intoxicants | | | Possess no sexual material |
| **X** | Refrain from use/possession of synthetic cannabinoids | | | No contact with children under 18 years |
| | Participate in/successfully complete mental health program | | | Restricted from occupation with access to children |
| | No new credit charges | | | No loitering within 100 feet of school yards |
| | Provide financial information | | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | | No computer with access to online services |
| **X** | No contact with victim's family | | | Consent to USPO conducting periodic exam of computer |
| | Reside at/complete Residential Reentry Center | | | Consent to USPO installing monitoring hardware |
| **X** | OTHER: Defendant shall obtain an ignition interlock license and have an interlock device installed and operating on all motor vehicles driven by the defendant | | | |

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | **0.00** | | | Restitution: $ | **2,080.25** |
| SPA: $ | **100.00** | ($100) as to each Count | | Payment Schedule: **X** Due Imm. | Waived |
| Other: | | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | **X** | Voluntary Surrender - Report to USMS by noon today |
| **X** | Recommended place(s) of incarceration: | | Facility closest to the greater Albuquerque area |
| | Dismissed Counts: | | |

| | |
|---|---|
| OTHER COMMENTS: | Defendant is not in custody - Court inquires as to preliminary matters - Confirms counsel has reviewed PSR with Defendant; Govt. requests sentence consistent with Plea Agreement of 20 months with strict supervised release conditions; Ms. Katze alerts Court Defendant's family members are present in the courtroom, requests sentence of 20 months, placement at facility closest to Navajo Reservation, participation in drug treatment/substance abuse program while incarcerated, requests Court allow Defendant to self-surrender at designated facility 60 days from today; Defendant addresses Court<br><br>Pursuant to the Mandatory Victim Restitution Act, it is further ordered that the defendant will make restitution to the family of the victim in the amount of $2,080.25 for travel, funeral, and burial expenses. The restitution will be pain in monthly installments of no less than $100 or 15% of the defendant's gross monthly income, whichever is greater. Restitution payments should be submitted to the Clerk of Court, Attention: Intake, Case No. 1:12CR03016-001JB, at 333 Lomas Boulevard NW, Suite 270, Albuquerque, New Mexico 87102. Payments will then be disbursed to the victim's family. Court will waive interest and penalties. |