# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## AMENDED SENTENCING MINUTE SHEET

| CR No: | 12-3016 SWS | | | USA vs.: | Burns | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | June 12, 2014 | | | Name of Deft: | Jeremiah Burns | | | |
| Before the Honorable: | Scott W. Skavdahl, Sitting by Designation from the District of Wyoming | | | | | | | |
| Time In/Out: | 9:58/10:19 | | | Total Time in Court (for JS10): | 21 minutes | | | |
| Clerk: | Natalie Maestas | | | Court Reporter: | FTR - Gila | | | |
| AUSA: | Kyle T. Nayback | | | Defendant's Counsel: | Margaret Katze | | | |
| Sentencing in: | Albuquerque | | | Interpreter: | N/A | | | |
| Probation Officer: | Kelly Borland | | | Sworn? | | Yes | | No |
| Convicted on: | **X** | Plea | | Verdict | As to: | | Information | **X** Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | January 3, 2014 | | | PSR: | **X** Not Disputed | | | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | Evidentiary Hearing: | **X** Not Needed | | | Needed |
| Exceptions to PSR: | | | | | | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): 20 months | |
|---|---|---|
| Supervised Release: 2 years | Probation: | 500-Hour Drug Program |
| Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

## SEPCIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ____ months ____ days |
| | Comply with ICE laws and regulation | | Community service for ____ months ____ days |
| **X** | Participate in/successfully complete substance abuse program/testing | | Reside halfway house ____ months ____ days |
| | Attend educational/vocational training | | Register as sex offender |
| **X** | Submit to search of person/property | | Participate in sex offender treatment program |
| **X** | Refrain from use/possession of alcohol/intoxicants | | Possess no sexual material |
| **X** | Refrain from use/possession of synthetic cannabinoids | | No contact with children under 18 years |
| | Participate in/successfully complete mental health program | | Restricted from occupation with access to children |
| | No new credit charges | | No loitering within 100 feet of school yards |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | No computer with access to online services |
| **X** | No contact with victim's family | | Consent to USPO conducting periodic exam of computer |
| | Reside at/complete Residential Reentry Center | | Consent to USPO installing monitoring hardware |
| **X** | OTHER: Defendant shall complete 20 hours of community service in the form of speaking to panels, schools, or groups, etc. about the consequences of driving while intoxicated, and the horrific circumstances and tragedy that surrounded the defendant's case | | |
| **X** | OTHER: Defendant shall obtain an ignition interlock license and have an interlock device installed and operating on all motor vehicles driven by the defendant | | |

| Fine: $ | **0.00** | | Restitution: $ | **2,080.25** | |
|---|---|---|---|---|---|
| SPA: $ | **100.00** | ($100) as to each Count | Payment Schedule: | **X** Due Imm. | Waived |
| Other: | | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | **X** | Voluntary Surrender - Report to USMS by noon today |
| **X** | Recommended place(s) of incarceration: | | Facility closest to the greater Albuquerque area |

| | |
|---|---|
| Dismissed Counts: | |
| OTHER COMMENTS: | Defendant is not in custody - Court inquires as to preliminary matters - Confirms counsel has reviewed PSR with Defendant; Govt. requests sentence consistent with Plea Agreement of 20 months with strict supervised release conditions; Ms. Katze alerts Court Defendant's family members are present in the courtroom, requests sentence of 20 months, placement at facility closest to Navajo Reservation, participation in drug treatment/substance abuse program while incarcerated, requests Court allow Defendant to self-surrender at designated facility 60 days from today; Defendant addresses Court<br><br>Pursuant to the Mandatory Victim Restitution Act, it is further ordered that the defendant will make restitution to the family of the victim in the amount of $2,080.25 for travel, funeral, and burial expenses. The restitution will be pain in monthly installments of no less than $100 or 15% of the defendant's gross monthly income, whichever is greater. Restitution payments should be submitted to the Clerk of Court, Attention: Intake, Case No. 1:12CR03016-001JB, at 333 Lomas Boulevard NW, Suite 270, Albuquerque, New Mexico 87102. Payments will then be disbursed to the victim's family. Court will waive interest and penalties. |